FILED 18 JAN '24 18:01 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:24-cr-00019-MC |
| v. | INDICTMENT |
| GARY WADE RONNING, | 18 U.S.C. § 2251(a) and (e) |
| | 18 U.S.C. § 2422(b) |
| Defendant. | 18 U.S.C. § 1470 |
| | Forfeiture Allegations |
| | UNDER SEAL |

THE GRAND JURY CHARGES:

COUNT 1
(Attempting to Use a Minor to Produce a Visual Depiction of Sexually Explicit Conduct)
(18 U.S.C. § 2251(a) and (e))

On or about July 3, 2023, in the District of Oregon, defendant **GARY WADE RONNING** attempted to use, employ, persuade, induce and coerce a minor to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, knowing or having reason to know the visual depiction would be transported or transmitted using any means or facility of, and in or affecting, interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2
### (Attempted Coercion and Enticement of a Minor)
### (18 U.S.C. § 2422(b))

On or about July 3, 2023, in the District of Oregon, defendant **GARY WADE RONNING**, did use any facility of interstate and foreign commerce, that is a computer connected to the internet, to knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

## COUNT 3
### (Attempted Coercion and Enticement of a Minor)
### (18 U.S.C. § 2422(b))

Between on or about November 28 and 30, 2023, in the District of Oregon, defendant **GARY WADE RONNING**, did use any facility of interstate and foreign commerce, that is a computer connected to the internet, to knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

## COUNT 4
### (Attempted Transfer of Obscene Matter to a Minor)
### (18 U.S.C. § 1470)

On or about March 29, 2023, in the District of Oregon, defendant **GARY WADE RONNING**, did, by means of interstate commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

## COUNT 5
### (Attempted Transfer of Obscene Material to a Minor)
### (18 U.S.C. § 1470)

On or about November 28, 2023, in the District of Oregon, defendant **GARY WADE RONNING**, did, by means of interstate commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

### FIRST FORFEITURE ALLEGATION

Upon conviction of Count 1, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2254, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

### SECOND FORFEITURE ALLEGATION

Upon conviction of either offense in Count 2 or 3, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

/ / /

/ / /

## THIRD FORFEITURE ALLEGATION

Upon conviction of either offense in Count 4 or 5, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 1467, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: January 18, 2024

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
WILLIAM M. McLAREN, OSB #143836
Assistant United States Attorney