Tihanne K. Mar-Shall, OSB 224504
Assistant Federal Public Defender
Email: Tihanne_Mar-Shall@fd.org
Michael Charles Benson
Assistant Federal Public Defender
Email: Michael_Benson@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:24-cr-00019-MTK |
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM |
| GARY WADE RONNING, | |
| Defendant. | |

Defendant Gary Wade Ronning, through his attorneys, Tihanne K. Mar-Shall and Michael Benson, submits this Sentencing Memorandum in anticipation of his upcoming sentencing hearing on June 25, 2025. On January 22, 2025, Mr. Ronning pled guilty to Count Two of the Indictment, which charges him with attempted coercion and online enticement of a minor, in violation of 18 U.S.C. § 2422(b). Mr. Ronning is respectfully asking this Court to sentence him to 130 months imprisonment followed by five years of supervised release.

Dated: June 18, 2025.

| | |
|---|---|
| */s/ Tihanne K. Mar-Shall* | */s/ Michael Benson* |
| Tihanne K. Mar-Shall, OSB 224504 | Michael Charles Benson |

Page 1   SENTENCING MEMORANDUM